**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>INTERNATIONAL SHIPHOLDING<br>CORPORATION, *et al.,*[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 16-12220 (SMB)<br><br>(Jointly Administered) |
| ROBERT MICHAELSON, in his capacity as<br>TRUSTEE OF THE INTERNATIONAL<br>SHIPHOLDING GUC TRUST,<br><br>                    Plaintiff,<br><br>    v.<br><br>FAM MARINE SERVICES, INC.,<br><br>                    Defendant. | Adv. Proc. No. 18-0596 (SMB) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                              ) ss:
COUNTY OF NEW YORK  )

La Asia S. Canty, being duly sworn, affirms, deposes and says:

I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein.

On November 6, 2018, I caused the *Motion for Default Judgment Against FAM Marine Services, Inc.* [Docket No. 9] to be served upon the parties listed on the annexed Service List by

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570).

First Class Mail and by Certified Mail, Return Receipt Requested postage paid and deposited

with the U.S. Postal Service.

                                                                */s/ La Asia S. Canty*
                                                                La Asia S. Canty

SWORN TO AND SUBSCRIBED before me this
6th day of November, 2018

*/s/ G. Karen Brown*
G. KAREN BROWN

NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires January 16, 2019

## SERVICE LIST

**FIRST CLASS MAIL**
FAM Marine Services, Inc.
Attn: Kostas Papageorgio, President & R/A
6601 Springer Street
Houston, TX  77087-3449

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
FAM Marine Services, Inc.
Attn: Kostas Papageorgio, President & R/A
6601 Springer Street
Houston, TX  77087-3449

**FIRST CLASS MAIL**
FAM Marine Services, Inc.
Attn: Mary Ann Hendren, Secretary
2910 Ocena Mist Court
Seabrook, TX  77586

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
FAM Marine Services, Inc.
Attn: Mary Ann Hendren, Secretary
2910 Ocena Mist Court
Seabrook, TX  77586

DOCS_NY:38316.3 42331/003